# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRIAN J. MOORE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-697

[April 8, 2021]

Appeal of order denying rule 3.800(c) motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Gillen, Judge; L.T. Case Nos. 2019CF010594AXXXMB & 2020CF003623AXXXMB.

Brian J. Moore, West Palm Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***